AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

EDWARD J. MORROW and SHERI L.
MORROW,

|  |  |
|---|---|
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | CASE NUMBER: CV-07-331-FVS |

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that this Court lacks authority to enjoin the CitiMortgage Summons or the RE/MAX Summons;  the defendant's Motion to Dismiss is granted; Plaintiffs' "Petition to Quash" is denied.

| | |
|---|---|
| August 6, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |